UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | MISC. NO.: 3:07 mj 244 |
| | ) | |
| V. | ) | ORDER TO UNSEAL |
| | ) | CRIMINAL COMPLAINT |
| DAVID WILLIS | ) | |
| | ) | |
| | ) | |

**FILED**
CHARLOTTE, NC

DEC 4 2007

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

UPON MOTION of the United States of America, by and through Gretchen C.F.

Shappert, United States Attorney for the Western District of North Carolina, for an order

directing that the Affidavit and Criminal Complaint be unsealed,

**IT IS HEREBY ORDERED** that the Affidavit and Criminal Complaint be unsealed.

This the 4th day of December, 2007.

_____
UNITED STATES MAGISTRATE JUDGE